# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# (Harrisonburg Division)

| | | |
|---|---|---|
| JOHN M. BYRNE JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Filing No.: 5:24-cv-10 |
| | : | |
| HOME DEPOT U.S.A., INC., | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL

Defendant, HOME DEPOT U.S.A., INC. (hereinafter "Home Depot"), by and through counsel, hereby gives notice of removal of the above action from the Circuit Court for the City of Winchester ("Circuit Court") to the United States District Court for the Western District of Virginia, Harrisonburg Division, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and this Notice of Removal.

In support of this Notice of Removal, Home Depot states as follows:

1. There is pending in the Circuit Court for the City of Winchester, Virginia a Complaint styled John M. Byrne Jr. v. Home Depot U.S.A., Inc., Case No. CL24-50 (the "State Court Action"). The Complaint in the State Court Action was filed on or about January 9, 2024. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Home Depot received a copy of the Complaint in the State Court Action on or about February 6, 2024. Home Depot filed it Answer to Plaintiff's Complaint in the Circuit

Court for the City of Winchester on February 27, 2024, but no further proceedings have been held in the State Court Action. A copy of the Answer is attached hereto as **Exhibit B**.

3. This Notice of Removal is filed within thirty days upon which Home Depot was first served with a copy of the Complaint and is therefore timely pursuant to 29 U.S.C. § 1446(b).

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original jurisdiction of this Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Home Depot is informed and believes the Plaintiff, John M. Byrne Jr., is an individual residing in the Commonwealth of Virginia.

6. Home Depot is incorporated under the laws of the State of Delaware and has its principle place of business in Atlanta, Georgia.

7. Plaintiff's Complaint seeks damages in the amount of $750,000.00.

8. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity exists between the Plaintiff and Home Depot, and (b) the amount in controversy herein exceeds the sum or value of $75,000.00, exclusive of interest and costs.

9. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for the City of Winchester, Virginia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant, HOME DEPOT U.S.A., INC., respectfully requests that this case proceed before this Court as an action properly removed.

                                              */s/ Jessica G. Relyea*
                                              Jessica G. Relyea, VSB# 76775
                                              *Counsel for Home Depot U.S.A., Inc.*
                                              KALBAUGH, PFUND & MESSERSMITH, P.C.
                                              901 Moorefield Park Drive, Suite 200
                                              Richmond, Virginia 23236
                                              (804) 320-6300
                                              (804) 320-6312 (fax)
                                              Jessica.Relyea@kpmlaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Notice of Removal was filed with the Court's CM/ECF filing system on February 27th 2024, which will automatically provide notice to all counsel of record:

Carroll "Beau" Correll, Jr., VSB# 74789
*Counsel for Plaintiff*
CORRELL LAW FIRM, PC
1833 Plaza Drive
Winchester, VA 22601
(540) 535-2005
(540) 535-2008 (fax)
beau@correllfirm.com

                                              */s/ Jessica G. Relyea*
                                              Jessica G. Relyea, VSB# 76775
                                              *Counsel for Home Depot U.S.A., Inc.*
                                              KALBAUGH, PFUND & MESSERSMITH, P.C.
                                              901 Moorefield Park Drive, Suite 200
                                              Richmond, Virginia 23236
                                              (804) 320-6300
                                              (804) 320-6312 (fax)
                                              Jessica.Relyea@kpmlaw.com